

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00278-CV

**IN THE INTEREST OF I.R.M.**, A.M.M., V.M., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01259
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we MODIFY the trial court's June 18, 2021 order of termination to delete the finding that termination of appellant's parental rights was warranted under section 161.001(b)(1)(D). The remainder of the trial court's order is AFFIRMED AS MODIFIED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he is presumed indigent under Texas Family Code section 107.013(e).

SIGNED December 22, 2021.

_____
Beth Watkins, Justice